CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

June 16, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION**

| | | |
|---|---|---|
| **JUSTIN COLLINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26CV00036 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **VANESSA FANG, *et al.*,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| | ) | |
| Defendants. | ) | |

*Justin Collins, Pro Se.*

The pro se plaintiff has filed a civil Complaint, along with an Application to Proceed in Forma Pauperis (IFP Application). The IFP Application will be denied, and the Complaint will be dismissed without prejudice.

The Complaint is completely devoid of facts – only mere conclusions and "naked assertion[s]." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 557 (2007). Moreover, there is no showing of a basis for the subject-matter jurisdiction of this Court, the plaintiff stating only "[t]his case is brought on diversity." Compl. 1, Dkt. No. 1. There is no indication of the proper venue, as possibly where any events complained of occurred, or the location of the defendant.

As I earlier noted in a similar case, the case appears to be fictious and similar to dozens of cases filed in district courts around the nation, likely by one person. *Alexander v. Hill-Kearse*, No. 1:26CV00022, 2026 WL 353616 (W.D. Va. Feb. 9, 2026).

For these reasons, the IFP Application will be denied, and the case will be dismissed. A separate Judgment will be entered. The Clerk shall mail a copy of this Opinion and the Judgment to Feifei Gu, 2526 85th Street, Brooklyn, NY 11214, as well as to the address of the named plaintiff written on the envelope received.

ENTER:   June 16, 2026

/s/  JAMES P. JONES
Senior United States District Judge

-2-