**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON  DIVISION**

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

June 16, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

| | | |
|---|---|---|
| **JUSTIN COLLINS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26CV00036 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **VANESSA FANG, _et al._,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Opinion accompanying this Judgment, the Application to Proceed in Forma Pauperis is DENIED and this case is DISMISSED without prejudice.  The Clerk shall close the case.

ENTER:   June 16, 2026

/s/  JAMES P. JONES
Senior United States District Judge